IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 06 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

RONALD LEE SMITH, Plaintiff

v.

① MARYAM GHIASSI, M.D.,

② MARYAM GHIASSI'S ASSISTANT (TO BE NAMED LATER)

_____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
☒ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

### PRISONER COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Original form provided by the CODOC Legal Access Program free to Offender Smith #44371 on June 22 2023

Original form provided by the CODOC Legal Access Program free to Offender Smith #44371 on June 22 2023

A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

RONALD LEE SMITH, #44371, 15125 HIGHWAY 285 @ 24
(Name, prisoner identification number, and complete mailing address)

N/A
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____


B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: MARYAM GHIASSI, M.D.
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

① SHE STUCK A NEEDLE DIRECTLY INTO MY EYE WHICH WAS OR HAD NOT BEEN properly NUMBED; ② NO FOLLOW UP.

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

2

Defendant 2: __TO BE NAMED LATER__
(Name, job title, and complete mailing address)

__ASSISTANT TO DR. GHIASSI__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

__SHE WAS SUPPOSED TO APPLY A NUMBING AGENT INTO MY EYE that WAS SUPPOSED TO BE EFFECTIVE.__

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_    State/Local Official (42 U.S.C. § 1983)

___    Federal Official
       As to the federal official, are you seeking:
       ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
       ___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___    Other: (*please identify*) _____

Original form provided by the CODOC Legal Access Program free to Offender Smith #44371 on June 22 2023

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: MEDICAL MALPRACTICE

Claim one is asserted against these Defendant(s):

MARYAM GHIASSI, M.D. (PHYSICIAN) OPHTHALMOLOGY.

Supporting facts: ON JULY 28, 2022 I WAS SENT FROM THE BUENA VISTA CORRECTIONAL FACILITY TO DENVER HEALTH, A MEDICAL FACILITY, LOCATED AT 777 BANNOCK STREET, DENVER, COLORADO 80204 TO HAVE A PROCEDURE ON MY RIGHT EYE. I WAS PREPPED BY DR. MARYAM'S ASSISTANT (TO BE NAMED LATER). SHE EXPLAINED WHAT THE DOCTOR WAS GOING TO DO AND THAT SHE WAS ADMINISTERING A NUMBING AGENT IN MY EYE SO THAT I WOULD FEEL NO PAIN WHEN THE DOCTOR WOULD BEGIN HER PROCEDURE. DR. GHIASSI, AFTER ABOUT TWENTY TO THIRTY MINUTES AFTER BEING PREPPED, ENTERED THE ROOM, WHERE I WAS SITTING IN THE MEDICAL CHAIR, ASKED ME TO LOOK UP AND TO THE RIGHT, AND AS I DID SO, SHE STUCK ME WITH A NEEDLE DIRECTLY INTO MY RIGHT EYE. AFTER I RECOVERED MYSELF FROM THE FLOOR AND BACK INTO THE CHAIR, THE DOCTOR INQUIRED AS TO IF I HAD BEEN NUMBED. MY EYE HAS NEVER BEEN THE SAME SINCE THAT ATTACK DIRECTLY INTO MY EYEBALL. THE PAIN WAS EXCRUCIATING AND THE DOCTOR APPLIED SOME NUMBING AGENT BUT DID NOTHING MORE BECAUSE OF MY DISTRESS; MY EYE, TO THIS DATE, IS FAR WORSE THAN EVER BEFORE. I CAN, LITERALLY, SEE (4) BLOOD IN THE BACK OF MY EYE, CAUSED BY THE DAMAGE DONE FROM THE NEEDLE.

Original form provided by the CODOC Legal Access Program free to Offender Smith #44371 on June 22 2023

E.  **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*). NOT CIVIL.

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  N/A

Docket number and court:  N/A

Claims raised:  N/A

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)  N/A

Reasons for dismissal, if dismissed:  N/A

Result on appeal, if appealed:  N/A

F.  **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

## G. REQUEST FOR RELIEF

State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF." Initially, I am seeking accountability for the mistake, error, negligence, and malpractice in the procedures utilized on me; Secondly, I would like compensation for pain and suffering from that act of malpractice in an amount to be determined at a later date, prior to trial; Third, I would like monetary damages that would cover the costs of an eye specialist, independent of CDOC, to operate and to remove the blood that is in the back of my eye, including the "floaters" that have increased in number and frequency following the Dr. Ghiassi fiasco. And finally, punitive damages for not caring about the damage to my eye and failing to do a follow-up exam following the needle into my eyeball causing extreme pain and damage.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Ronald Lee Smith_
(Plaintiff's signature)

_6-29-23_
(Date)

(Revised November 2022)

6

## CERTIFICATE OF SERVICE

I certify that on ___June 29, 2023___ (date) the original was mailed to the Court for filing; and, a true and accurate copy of the _____(title of the document) was served on the other party by placing it in the United States mail, postage pre-paid, and addressed to the following:

① 
To: ② DR. MARYAM GHIASSI, M.D.; ASSISTANT (TO BE NAMED LATER)
c/o  DENVER HEALTH MEDICAL CENTER
     777 BANNOCK STREET
     DENVER, COLORADO 80204

_Ronald Lee Smith_
(Your Signature)