IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 06 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

RONALD LEE SMITH,

Plaintiff, v.

① MARYAM GHIASSI, M.D.         , Defendant(s).

② MARYAM GHIASSI'S ASSISTANT (TO BE NAMED LATER)

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915.  In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   CIVIL ACTION: PRISONER COMPLAINT FOR MALPRACTICE & NEGLIGENCE

(Rev. 10/01/12)

Original form provided by the CODOC Legal Access Program free to Offender Smith #44371 on June 22 2023

Original form provided by the CODOC Legal Access Program free to Offender Smith #44371 on June 22 2023

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

I HAVE NO ASSETS.

5. Are you in imminent danger of serious physical injury?

__X__ Yes ___No (CHECK ONE). If you answered yes, briefly explain your answer:

THERE IS A POSSIBILITY I COULD GO BLIND, (ACCORDING TO ADVISEMENT) WITHOUT AN OPERATION, BECAUSE OF THE DAMAGE CAUSED.

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  6-29-23
                    (Date)

_Ronald Lee Smith_
(Prisoner's Original Signature)

(Rev. 10/01/12)

## AUTHORIZATION

I, __RONALD LEE SMITH__ request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): __RONALD LEE SMITH__

Prisoner Signature: __Ronald Lee Smith__

Original form provided by the CODOC Legal Access Program free to Offender Smith #44371 on June 22 2023



Original form provided free of Charge by CO DOC Legal Services to
Offender  Smith            DOC#  44371
Date      JUN 29 2023

# STATEMENT OF ACCOUNT ACTIVITY



### 44371 - SMITH, RONALD L

Facility: **BUENAVISTA, BVCF/EAST**    Date/Time Printed: **06/29/2023 08:47 AM**

Statement Period: 12/29/2022 - 06/29/2023

| Date:Time | Description | Tran Amt | Balance | Available Bef. W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/2022 00:00 | Beginning Balance | 0.00 | 1085.37 | 1085.37 | | | 31.99 | 1,053.38 | |
| 12/29/2022 06:43 | Canteen Ord#17185047 | -31.99 | 1053.38 | 1053.38 | | 0.00 | 0.00 | 1,053.38 | BV |
| 01/03/2023 06:50 | Canteen Cred#17192693 | 1.76 | 1055.14 | 1055.14 | | 0.00 | 0.00 | 1,055.14 | BV |
| 01/04/2023 12:56 | PAYROLL - CREDIT | 66.00 | 1121.14 | 1121.14 | | 0.00 | 0.00 | 1,121.14 | BV |
| 01/05/2023 13:19 | BAKER | 10.81 | 1131.95 | 1131.95 | | 0.00 | 0.00 | 1,131.95 | BV |
| 01/11/2023 07:36 | Canteen #17217097 Hold | 0.00 | | 1131.95 | CANTEEN | 60.94 | 60.94 | 1,071.01 | |
| 01/12/2023 06:31 | Canteen Ord#17217097 | -60.94 | 1071.01 | 1071.01 | | 0.00 | 0.00 | 1,071.01 | BV |
| 01/19/2023 23:51 | JPAY CREDIT | 300.00 | 1371.01 | 1371.01 | | 0.00 | 0.00 | 1,371.01 | BV |
| 01/23/2023 10:22 | Canteen #17240469 Hold | 0.00 | | 1371.01 | CANTEEN | 15.94 | 15.94 | 1,355.07 | |
| 01/26/2023 06:16 | Canteen Ord#17240469 | -15.94 | 1355.07 | 1355.07 | | 0.00 | 0.00 | 1,355.07 | BV |
| 01/31/2023 07:21 | Canteen Cred#17250119 | 60.94 | 1416.01 | 1416.01 | | 0.00 | 0.00 | 1,416.01 | BV |
| 02/02/2023 15:50 | PAYROLL - CREDIT | 30.00 | 1446.01 | 1446.01 | | 0.00 | 0.00 | 1,446.01 | BV |
| 02/03/2023 13:13 | INTAKE-UNASSIGNED | 0.99 | 1447.00 | 1447.00 | | 0.00 | 0.00 | 1,447.00 | BV |
| 02/07/2023 11:14 | Canteen #17257813 Hold | 0.00 | | 1447.00 | CANTEEN | 136.26 | 136.26 | 1,310.74 | |
| 02/08/2023 06:45 | Canteen #17263656 Hold | 0.00 | | 1447.00 | CANTEEN | 65.95 | 202.21 | 1,244.79 | |
| 02/09/2023 06:27 | Canteen Ord#17263656 | -65.95 | 1381.05 | 1381.05 | | 0.00 | 136.26 | 1,244.79 | BV |
| 02/09/2023 16:10 | SPECIAL ACTIVITIES DEBIT | -9.00 | 1372.05 | 1372.05 | | 0.00 | 136.26 | 1,235.79 | BV |
| 02/10/2023 16:43 | BAKER | 6.58 | 1378.63 | 1378.63 | | 0.00 | 136.26 | 1,242.37 | BV |
| 02/13/2023 23:51 | JPAY CREDIT | 200.00 | 1578.63 | 1578.63 | | 0.00 | 136.26 | 1,442.37 | BV |
| 02/15/2023 06:41 | Canteen Ord#17257813 | -136.26 | 1442.37 | 1442.37 | | 0.00 | 0.00 | 1,442.37 | BV |
| 02/16/2023 13:22 | UNA BROWNLEE | 0.99 | 1443.36 | 1443.36 | | 0.00 | 0.00 | 1,443.36 | BV |
| 02/23/2023 09:44 | SPECIAL ACTIVITIES DEBIT | -8.00 | 1435.36 | 1435.36 | | 0.00 | 0.00 | 1,435.36 | BV |
| 03/01/2023 07:13 | Canteen #17303376 Hold | 0.00 | | 1435.36 | CANTEEN | 70.23 | 70.23 | 1,365.13 | |
| 03/02/2023 06:29 | Canteen Ord#17303376 | -70.23 | 1365.13 | 1365.13 | | 0.00 | 0.00 | 1,365.13 | BV |
| 03/06/2023 11:57 | UNA BROWNLEE | 4.29 | 1369.42 | 1369.42 | | 0.00 | 0.00 | 1,369.42 | BV |
| 03/06/2023 12:00 | CUSTODIAN | 6.02 | 1375.44 | 1375.44 | | 0.00 | 0.00 | 1,375.44 | BV |
| 03/06/2023 14:26 | PAYROLL - CREDIT | 50.60 | 1426.04 | 1426.04 | | 0.00 | 0.00 | 1,426.04 | BV |
| 03/08/2023 07:49 | Canteen #17324025 Hold | 0.00 | | 1426.04 | CANTEEN | 55.67 | 55.67 | 1,370.37 | |
| 03/09/2023 06:39 | Canteen Ord#17324025 | -55.67 | 1370.37 | 1370.37 | | 0.00 | 0.00 | 1,370.37 | BV |

Original form provided free of Charge by CO DOC Legal Services to
Offender _____Smith_____ DOC# 49271
Date _____ JUN 29 2023

# STATEMENT OF ACCOUNT ACTIVITY

| Date:Time | Description | Tran Amt | Balance | Available Bef. W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 03/22/2023 07:21 | Canteen #17350250 Hold | 0.00 | | 1370.37 | CANTEEN | 62.05 | 62.05 | 1,308.32 | |
| 03/23/2023 06:45 | Canteen Ord#17350250 | -62.05 | 1308.32 | 1308.32 | | 0.00 | 0.00 | 1,308.32 | BV |
| 04/04/2023 11:08 | CUSTODIAN | 18.06 | 1326.38 | 1326.38 | | 0.00 | 0.00 | 1,326.38 | BV |
| 04/12/2023 07:47 | Canteen #17382946 Hold | 0.00 | | 1326.38 | CANTEEN | 65.09 | 65.09 | 1,261.29 | |
| 04/13/2023 06:42 | Canteen Ord#17382946 | -65.09 | 1261.29 | 1261.29 | | 0.00 | 0.00 | 1,261.29 | BV |
| 04/18/2023 23:51 | MEDICAL REFUSAL | -3.00 | 1258.29 | 1258.29 | | 0.00 | 0.00 | 1,258.29 | BV |
| 04/19/2023 16:43 | SPECIAL ACTIVITIES DEBIT | -13.00 | 1245.29 | 1245.29 | | 0.00 | 0.00 | 1,245.29 | BV |
| 05/09/2023 12:00 | CUSTODIAN | 17.20 | 1262.49 | 1262.49 | | 0.00 | 0.00 | 1,262.49 | BV |
| 05/10/2023 07:02 | Canteen #17443398 Hold | 0.00 | | 1262.49 | CANTEEN | 58.69 | 58.69 | 1,203.80 | |
| 05/10/2023 10:45 | POSTAGE-DEBIT | -15.60 | 1246.89 | 1246.89 | | 0.00 | 58.69 | 1,188.20 | BV |
| 05/11/2023 06:40 | Canteen Ord#17443398 | -58.69 | 1188.20 | 1188.20 | | 0.00 | 0.00 | 1,188.20 | BV |
| 05/15/2023 06:34 | Canteen Cred#17449995 | 1.46 | 1189.66 | 1189.66 | | 0.00 | 0.00 | 1,189.66 | BV |
| 05/17/2023 06:52 | Canteen #17456940 Hold | 0.00 | | 1189.66 | CANTEEN | 64.59 | 64.59 | 1,125.07 | |
| 05/18/2023 06:23 | Canteen Ord#17456940 | -64.59 | 1125.07 | 1125.07 | | 0.00 | 0.00 | 1,125.07 | BV |
| 06/06/2023 08:59 | CUSTODIAN | 18.92 | 1143.99 | 1143.99 | | 0.00 | 0.00 | 1,143.99 | BV |
| 06/07/2023 06:33 | Canteen #17497960 Hold | 0.00 | | 1143.99 | CANTEEN | 68.59 | 68.59 | 1,075.40 | |
| 06/07/2023 09:12 | INCENTIVE PAY | 15.00 | 1158.99 | 1158.99 | | 0.00 | 68.59 | 1,090.40 | BV |
| 06/08/2023 06:26 | Canteen Ord#17497960 | -68.59 | 1090.40 | 1090.40 | | 0.00 | 0.00 | 1,090.40 | BV |
| 06/28/2023 11:06 | POSTAGE-DEBIT | -1.98 | 1088.42 | 1088.42 | | 0.00 | 0.00 | 1,088.42 | BV |
| 06/28/2023 11:36 | XEROX-DEBIT | -3.00 | 1085.42 | 1085.42 | | 0.00 | 0.00 | 1,085.42 | BV |
| 06/28/2023 11:38 | XEROX-DEBIT | -5.25 | 1080.17 | 1080.17 | | 0.00 | 0.00 | 1,080.17 | BV |
| 06/28/2023 11:38 | XEROX-DEBIT | -1.50 | 1078.67 | 1078.67 | | 0.00 | 0.00 | 1,078.67 | BV |
| 06/29/2023 23:58 | Ending Balance | 0.00 | 1078.67 | 1078.67 | | 0.00 | 0.00 | 1,078.67 | |

**Total Deposits:** 809.62
**Total Withdrawals:** 816.32

### Account Information as of 06/29/2023 08:47

Status: ACTIVE     Current Balance: $1078.67     Total Money In Hold: $0.00

Total Reserved/Encumbered: $0.00     Available Balance: $1,078.67

### Statement Information

| Date:Time | reflects the transaction date and time of deposits and withdrawals to the account during the statement period. |
|---|---|
| Description | is a brief memorandum describing the transaction. |
| Tran Amt | is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number. |
| Balance | is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2. |
| Available Before W/H | is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref. AR 200-2). This amount is derived prior to mandatory withholding. |



Original form provided free of Charge by CO DOC Legal Services to
Offender ___Smith___ DOC# __44371__
Date ___JUN 29 2023___

# STATEMENT OF ACCOUNT ACTIVITY

| Encumbrances | are amounts placed on hold pending further processing by the banking system, such as when a centeen order is posted or a deposit is subject to mandatiry garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported. |
|---|---|
| Available Balance | shows monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical. |
| FC | (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction. |

**NOTICE:** This statement may not include most recent Withdrawals or Deposits.

*Teresa Sweetwood*

**Printed and Certified by Teresa Sweetwood, CDOC Legal Assistant**

## CERTIFICATE OF PRISON OFFICIAL

      I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: Ronald Lee Smith

Signature of Authorized Prison Official: Toresa Swootwerel

Date: June 29th 2023

Original form provided by the CODOC Legal Access Program free to Offender Smith #44371 on June 22 2023