IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01717-KLM
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

RONALD LEE SMITH,

 Plaintiff,

v.

MARYAN GHIASSI, M.D., and
MARYAN GHIASSI'S ASSISTANT,

 Defendants.

## ORDER DENYING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

 Plaintiff Ronald Lee Smith is a prisoner at the Buena Vista Correctional Facility in Buena Vista, Colorado.  On July 6, 2023, Plaintiff filed *pro se* a Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 3.)  For the reasons below, the motion seeking leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 will be denied.

 Subsection (a)(1) of 28 U.S.C. § 1915 allows a litigant to commence a lawsuit without prepayment of fees or security therefor.  However, an indigent litigant does not have a fundamental right to file a civil action in federal court without prepaying a filing fee. *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998); *see also* 28 U.S.C. § 1914(a).  Proceeding *in forma pauperis* under § 1915—*i.e.*, without prepaying a filing fee as required by § 1914—is a privilege extended to individuals unable to pay such a

1

fee. *See id.*

The available balance in Plaintiff's inmate account is $1,078.60. (ECF No. 3 at 5.) Therefore, the Court finds that Plaintiff has sufficient assets to pay the $402.00 filing fee. He does not qualify to proceed *in forma pauperis* pursuant to § 1915. Plaintiff will be required to pay the full amount of $402.00 ($350.00 filing fee pursuant to 28 U.S.C. § 1914(a) plus a $52.00 administrative fee) necessary to commence a civil action.

Accordingly, it is

ORDERED that the *P*risoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) is DENIED. It is

FURTHER ORDERED that Plaintiff shall pay the full amount of $402.00 ($350.00 filing fee, plus a $52.00 administrative fee) within thirty (30) days from the date of this order if Plaintiff wishes to pursue any claims in this action. It is

FURTHER ORDERED that, if Plaintiff fails to pay the full amount of $402.00 within the time allowed, the complaint and action will be dismissed without prejudice and without further notice.

DATED at Denver, Colorado, this  10th  day of    July    , 2023.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court